IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LINDA GARDNER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                    CASE NO. 1D16-4865

AVT SIMULATION and
AMTRUST NORTH AMERICA

Appellees,

_____/

Opinion filed May 8, 2017.

An appeal from an order of Judge of Compensation Claims.
Thomas W. Sculco, Judge.

Date of Accident: December 30, 2013.

Nicolette E. Tsambis of Smith, Feddeler, Smith, P.A., Lakeland, for Appellant.

Gregory D. White of Hurley, Rogner, Miller, Cox & Waranach, Winter Park, and
Rayford H. Taylor of Gilson Athans, P.C., Atlanta, Georgia, for Appellees.

PER CURIAM.

        AFFIRMED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.